**Electronically Filed
Supreme Court
SCWC-19-0000338
03-JUN-2021
11:22 AM
Dkt. 9 ODSAC**

SCWC-19-0000338

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellant,

vs.

YIHONG ZHANG, Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000338; CASE NO. 1DTA-18-03258)

ORDER DISMISSING CERTIORARI PROCEEDINGS
(By:  Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Viola, in place of Pollack, J., recused.[1])

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED:  Honolulu, Hawai'i, June 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Matthew J. Viola



_____

[1]    Associate Justice Richard W. Pollack, who was a member of the court when the application for writ of certiorari was accepted, retired from the bench on June 30, 2020.